UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Carla Abruzzo, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10122-DRH |
| *Ashley Anderson, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11226-DRH |
| *Stacey Andino, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11267-DRH |
| *Angela Badgett, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12270-DRH |
| *Leelannee Bennett, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11385-DRH |
| *Esther Bond, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11477-DRH |
| *Rochelle Brazell, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10373-DRH |
| *Erica Briggs, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11265-DRH |
| *Casey Brower, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10341-DRH |
| *Rachal Brown-Pineda, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11375-DRH |
| *Amanda Brown-Wheeler, et al. v. Bayer Corporation, et al.* | No. 12-cv-10863-DRH |
| *Jessica Caffey, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 13-cv-10500-DRH |
| *Kiara Callahan, et al. v. Bayer Corporation, et al.* | No. 13-cv-10493-DRH |
| *Jolie Dampier, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 13-cv-10516-DRH |

| | |
|---|---|
| *April Dugger, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 11-cv-12436-DRH |
| *Alishia Elam, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11372-DRH |
| *Rushaine Ellis, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 13-cv-10555-DRH |
| *Renee Farha, et al. v. Bayer Corporation, et al.* | No. 12-cv-11304-DRH |
| *Teruah Ferris, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10435-DRH |
| *Jennifer Fleming, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 13-cv-10504-DRH |
| *Alaina Giordano, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11377-DRH |
| *Charlie Sue Goshay, et al. v. Bayer HealthCare Pharmaceuticals Inc, et al.* | No. 11-cv-12563-DRH |
| *Alicia Guerin, et al. v. Bayer Corporation, et al.* | No. 11-cv-13233-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:   /s/*Caitlin Fischer*
>         **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.01.05
16:05:18 -06'00'

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT